**Electronically Filed
Supreme Court
SCWC-21-0000678
26-DEC-2024
07:45 AM
Dkt. 23 ODAC**

SCWC-21-0000678

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

ISAIAH McCOY,
Petitioner/Defendant-Appellant,

and

JOSHUA PULLIAM,
Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000678; CASE NO. 1CPC-19-0001279)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J.; McKenna and Ginoza, JJ.;
Circuit Judge Cataldo in place of Eddins, J., recused;
and Circuit Judge Malinao, in place of Devens, J., recused)

Petitioner Isaiah McCoy's Application for Writ of Certiorari, filed on November 21, 2024, is hereby rejected.

DATED: Honolulu, Hawai'i, December 26, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Lisa M. Ginoza

/s/ Lisa W. Cataldo

/s/ Clarissa Y. Malinao

